Cris Rogers, Bar No. 9411121
ROGERS & WIRSCHEM, LLC
2600 Denali Street, Suite 711-B
Anchorage, Alaska 99503
(907) 565-5663 T; 565-5684 F
Attorneys for Plaintiffs
crisrogers@mac.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| BRENT WILLIAMS and DEBRA WILLIAMS, | ) )<br>) COPY<br>) Original Received<br>) |
| Plaintiffs, | ) DEC 2 2 2016 |
| vs. | ) )Clerk of the Trial Courts |
| PREMERA BLUE CROSS, | ) ) |
| Defendant. | ) )<br>) CASE NO. 3AN-16-08635 CI |

## AMENDED COMPLAINT FOR BREACH OF CONTRACT; BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING; AND, DECLARATORY RELIEF

The plaintiffs, Brent Williams and Debra Williams, appearing by and through their attorneys, pursuant to Alaska Rule of Civil Procedure 15(a), lodge their Amended Complaint, as a matter of course, prior to Answer, and for their Amended Complaint against the Defendant, state and allege as follows.

### PARTIES, JURISDICTION AND VENUE

1. Plaintiffs, Brent Williams and Debra Williams ("WILLIAMS") are, at all times relevant to this action, residents of Anchorage, Alaska.

2. Upon information and belief, defendant Premera Blue Cross ("PREMERA") is a foreign corporation doing business in Alaska. Upon information and belief, it is an independent licensee of the Blue Cross Blue Shield Association and is licensed by the State of Alaska to offer health insurance products such as individual and family coverage, and group medical, dental, pharmacy, and vision coverage.

ROGERS &
WIRSCHEM LLC
Attorneys
2600 Denali St.
Suite 711-B
Anchorage, AK
99503
T(907)565-5663
F(907)565-5684

3. The Court has jurisdiction over the subject matter of this action and the parties under AS 22.10.020.

4. Venue is proper in this matter pursuant to AS 22.10.030 and Civil Rule 3 (c) because the claims at issue arose in the Third Judicial District and PREMERA may be served within the district pursuant to AS 21.09.180 through service upon the Alaska Division of Insurance.

## NATURE OF THE CASE

5. This action arises from PREMERA's failure to honor its obligations as an insurer in connection with Tanner Williams's reasonable and necessary inpatient treatment for autism spectrum disorders, at Providence Alaska Medical Center. The inpatient treatment was from August 13, 2014 to September 14, 2014.

6. Brent Williams and Debra Williams are the parents of Tanner Williams, born August 4, 1997. Tanner was diagnosed with Autism Spectrum Disorder in his early years. Tanner was hospitalized from August 13 through September 14, 2014, at Providence Alaska Medical Center. He received necessary medical treatment for his Autism Spectrum Disorders, also called Asperger's Disorders. Tanner was 17 at the time of his hospitalization.

7. WILLIAMS purchased health insurance from PREMERA, offered through his employer. The policy was purchased and in effect from 11/01/2013 through 10/31/2014. The insurance plan was identified as the *Debenham Family Limited Partnership*, Heritage Select Envoy, 1017689.

8. For an additional cost of $178.89 per month, WILLIAMS purchased MH2-50 mental health coverage from PREMARA through his employer's group plan.

9. The terms of the MH2-50 mental health coverage were set out in PREMERA's *Evidence of Coverage Manual* for 2013 & 2014. On page 16 of PREMERA's *Evidence of Coverage Manual*, the terms of the plan limited inpatient care for up to 6 days per member per calendar year. However, the plan provided an important exception. Set forth under the same heading Mental Health Care, Under Inpatient Care and Outpatient Therapeutic Visits, the manual

ROGERS & WIRSCHEM LLC
Attorneys
2600 Denali St.
Suite 711-B
Anchorage, AK 99503
T(907)565-5683
F(907)565-5684

states: "Please Note: Inpatient care and outpatient therapeutic visits for autism spectrum disorders related treatment to members under the age of 21 are not subject to the above noted benefit maximums."

10. PREMERA failed to honor the terms of the insurance contract that required it to pay for Tanner's inpatient treatment.

11. PREMERA issued a partial denial of the claim on 02/21/2015, Claim # 832086335900. PREMERA paid only 6 of the 32 medically necessary days of treatment, leaving a balance of $143,583.98 to be paid by WILLIAMS.

12. WILLIAMS hired the Autism Health Insurance Project to file appeals of the denial on their behalf. PREMERA denied the appeals.

### FIRST CAUSE OF ACTION: BREACH OF CONTRACT

13. Plaintiffs repeat and re-allege the allegations in paragraphs 1 through 12 above as though fully set forth herein.

14. For good and valuable consideration, PREMERA contracted to insure WILLIAMS for health care coverage, including Mental Health Care, during the period of Tanner Williams' hospitalization.

15. PREMERA materially breached its contractual duties to WILLIAMS through the following acts and omissions, among others:

    a. Failing to pay for the entire hospitalization, including PREMERA's outright denial of the claim for hospitalization except for 6 days;

    b. Failing to provide promptly to WILLIAMS a reasonable explanation of the basis in the Policy, with regard to the facts and applicable law, for the denial of the claim for hospitalization submitted by Providence Alaska Medical Center;

    c. Failing to confirm or deny coverage of the claims pertaining to Tanner Williams hospitalization; and

    d. Failing and refusing to acknowledge that the claims are covered under the Policy.

16. As a direct and proximate result of PREMERA's breaches of contract, WILLIAMS have suffered general and consequential damages in an

ROGERS &
WIRSCHEM LLC
Attorneys
2600 Denali St.
Suite 711-B
Anchorage, AK
99503
T(907)565-5663
F(907)565-5684

WILLIAMS v. PREMERA   3
Amended COMPLAINT
3AN-16-08635 CI
Case 3:17-cv-00021-JWS   Document 1-1   Filed 01/25/17   Page 3 of 5

amount in excess of the balanced owed to Providence Alaska Medical Center, $143,583.98.

## SECOND CAUSE OF ACTION: BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

17. Plaintiffs repeat and re-allege the allegations in paragraphs 1 through 16 above as though fully set forth herein.

18. Implied in every contract of insurance is a covenant of good faith and fair dealing. This covenant obligated PREMERA to deal with WILLIAMS at all times fairly and in good faith, and with the highest consideration for their interests.

19. The duty of good faith and fair dealing meant that when the Claims under the Policy arose PREMERA should have looked for ways to find coverage.

20. PREMERA has breached its duty of good faith and fair dealing. PREMERA's breaches of the duty of good faith and fair dealing include, but are not limited to, the following:

    a. Failing to confirm or deny coverage in a reasonable time;

    b. Failing to consider additional information, which was available to them and which would have established that Tanner's treatment was medically reasonable and necessary, and fell under the exception of treatment for autism spectrum disorders of a minor.

    c. PREMERA's conduct was for an improper motive and thus violated the implied covenant of good faith and fair dealing.

    d. In addition, PREMERA's actions violated the Alaska Unfair Claim Settlement Practices Act, AS 21.36.125, and AS 21.36.495, since it has refused to pay claims without reasonable investigation of the available information, and it failed to provide prompt determination of the claim.

21. WILLIAMS have suffered damages as a result of PREMERA's wrongful actions.

## THIRD CAUSE OF ACTION: DECLARATORY RELIEF

22. The allegations set forth in all prior paragraphs are incorporated by reference herein.

ROGERS & WIRSCHEM LLC
Attorneys
2600 Denali St.
Suite 711-B
Anchorage, AK 99503
T(907)565-5663
F(907)565-5684

23. WILLIAMS seek a judgment declaring that the terms of the insurance contract required PREMERA to provide coverage for Tanner Williams' inpatient treatment, at Providence Alaska Medical Center, from August 13, 2014 through September 14, 2014, without the 6 day limitation, and that inpatient care and outpatient therapeutic visits for autism spectrum disorders related treatment to members under the age of 21 are not subject to the 6 day limitation under WILLIAMS policy that was in effect on August 2014 and September of 2014.

24. WILLIAMS is entitled to a further declaratory judgment that PREMERA is liable for WILLIAMS reasonable damages, attorney's fees and costs for its negligence in connection therewith.

## PRAYER FOR RELIEF

WHEREFORE the plaintiffs pray for the following relief: A judgment against defendant for (1) damages of breach of contract; (2) a declaratory judgment finding that Tanner William's inpatient hospitalization at Providence Alaska Medical Center, from August 13, 2014 through September 14, 2014, was covered under WILLIAMS Premera Blue Cross policy for the entire hospitalization and not just 6 days; (3) Attorney's fees, pre-judgment interest and costs; and (4) such other and further relief that the court deems just and equitable.

DATED this 21st day of December 2016, at Anchorage, Alaska.

ROGERS & WIRSCHEM LLC
Attorneys for Plaintiffs

By: _____
Cris W. Rogers
ABA # 9411121
crisrogers@mac.com

ROGERS &
WIRSCHEM LLC
Attorneys
2600 Denali St.
Suite 711-B
Anchorage, AK
99503
T(907)565-5663
F(907)565-5684