Gwendolyn C. Payton, ABA No. 9712101
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907.277.9511
Facsimile: 907.276.2631
Email: paytong@lanepowell.com
Attorneys for Defendant Premera Blue Cross

Cris W. Rogers, ABA No. 9411121
ROGERS & WIRSCHEM, LLC
2600 Denali Street, Suite 711
Anchorage, Alaska 99503
Telephone: 907.565.5663
Facsimile: 907.565.5684
Email: crisrogers@mac.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BRENT WILLIAMS and DEBRA WILLIAMS,<br><br>         Plaintiffs,<br><br>v.<br><br>PREMERA BLUE CROSS,<br><br>         Defendant. | Case No. 3:17-cv-00021-JWS<br><br>**JOINT STIPULATION**<br>**FOR DISMISSAL** |

  Plaintiffs Brent Williams and Debra Williams (collectively, "Plaintiffs") and Defendant Premera Blue Cross ("Defendant"), by and through their respective undersigned counsel and pursuant to a Settlement Agreement between the parties, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses, and attorneys' fees.

  DATED this 7th day of March, 2017.

**Joint Stipulation and Order of Dismissal**
*Brent Williams and Debra Williams v. Premera Blue Cross* **(Case No. 3:17-cv-00021-JWS)**      **Page 1 of 3**
100407.0510/6883639.2
Case 3:17-cv-00021-JWS   Document 14   Filed 03/07/17   Page 1 of 3

LANE POWELL LLC
Attorneys for Defendant
Premera Blue Cross

By  *s/ Gwendolyn C. Payton*
    Gwendolyn C. Payton, ABA No. 9712101


ROGERS & WIRSCHEM, LLC
Attorneys for Plaintiffs
Brent Williams and Debra Williams

By  *s/ Cris W. Rogers*
    Cris W. Rogers, ABA No. 9411121

I certify that on March 7, 2017, a copy of the foregoing was served by ecf on:

Cris W. Rogers
Rogers & Wirschem LLC
2600 Denali Street, Suite 711-B
Anchorage, AK  99503

 *s/Gwendolyn C. Payton*
Gwendolyn C. Payton

**Joint Stipulation and Order of Dismissal**
*Brent Williams and Debra Williams v. Premera Blue Cross* **(Case No. 3:17-cv-00021-JWS)**     **Page 2 of 3**
100407.0510/6883639.2
Case 3:17-cv-00021-JWS   Document 14   Filed 03/07/17   Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

BRENT WILLIAMS and DEBRA WILLIAMS,

    Plaintiffs,

v.

PREMERA BLUE CROSS,

    Defendant.

Case No. 3:17-cv-00021-JWS

**[PROPOSED]**

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**

The Parties' Joint Stipulation for Dismissal is GRANTED.

This matter is dismissed with prejudice, each Party to bear its own costs, expenses, and attorneys' fees.

ORDERED this _____ day of _____, 2017.

_____
The Honorable John W. Sedwick
United States District Court Judge

I certify that on March 7, 2017 a copy of the foregoing was served by electronic mail on:

Cris W. Rogers
Rogers & Wirschem LLC
2600 Denali Street, Suite 711-B
Anchorage, AK 99503

 *s/Gwendolyn C. Payton*
Gwendolyn C. Payton

**Joint Stipulation and Order of Dismissal**
*Brent Williams and Debra Williams v. Premera Blue Cross* **(Case No. 3:17-cv-00021-JWS)**     **Page 3 of 3**
100407.0510/6883639.2

Case 3:17-cv-00021-JWS   Document 14   Filed 03/07/17   Page 3 of 3